■ BELL TELEVISION, INC., et al., Appellants, v. CAL-NEW YORKER, INC., et al., Respondents, et al., Defendant.— Order entered on September 15, 1960, denying, as academic, defendants-respondents' motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Noonan, JJ.

■ LUANA ROBINSON, Respondent, v. GEORGE TREADWELL, Defendant, and RAY ROBINSON, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Noonan, JJ.

■ CENTURY LUMBER CORP., Respondent, v. 513 EAST 75TH STREET CORP., et al., Defendants, and ROSEFRIED CORPORATION et al., Appellants.— Interlocutory judgment and order (one paper) unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.

■ MARY COSENTINO, Appellant, et al., Plaintiff, v. CITY OF NEW YORK, Defendant-Respondent and Third-Party Plaintiff. LESTER T. DOYLE, as Trustee in Reorganization of Third Avenue Transit Corporation, Third-Party Defendant-Respondent. —Judgment, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Concur— Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.

■ MARILYN JAMIESON et al., Respondents, v. WALTER T. LAMOREAUX, JR., et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Noonan, JJ.

■ WESTERN FOUNDATION CORPORATION, Plaintiff, v. FIVE BORO CONSTRUCTION CORP. et al., Defendants. FIVE BORO CONSTRUCTION CORP. et al., Defendants and Third-Party Plaintiffs, v. CITY OF NEW YORK, Third-Party Defendant. FIVE BORO CONSTRUCTION CORP., Respondent, v. CITY OF NEW YORK et al., Defendants. CITY OF NEW YORK, Appellant, v. CONTINENTAL CASUALTY COMPANY et al., Respondents. CITY OF NEW YORK, Third-Party Plaintiff, v. J. RICH STEERS, INC., et al., Third-Party Defendants.— Order entered on December 17, 1959, granting the motion of plaintiff-respondent and the defendants-respondents for summary judgment, pursuant to rules 113 and 114 of the Rules of Civil Practice, dismissing the first and third counterclaims contained in the answer, and severing the action, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Noonan, JJ.

■ RAYMOND CERASOLI, Respondent-Appellant, v. A. DE BEVOISE CO., INC., Respondent, and MT. VERNON CONTRACTING CORP., Appellant.— Judgment unanimously affirmed, with costs to the plaintiff-respondent, Raymond Cerasoli, against the defendant-appellant, Mt. Vernon Contracting Corp., and with costs to the defendant-respondent, A. De Bevoise Co., Inc., against the plaintiff-appellant, Raymond Cerasoli. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WATSON, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Noonan, JJ.